UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 21-15688-JGR |
| RONALD ALLEN SADOWSKI<br>DEBORAH ANN SADOWSKI | CHAPTER 13 |

**Debtors**

## TRUSTEE'S OBJECTION TO CLAIM

NOW COMES Douglas B. Kiel, Chapter 13 Trustee and moves for an Order Disallowing claim #13 for JEFFERSON CAPITAL SYSTEMS LLC.

Creditor appears to be collecting on a debt that is past the statute of limitations.

| **Creditor** | **Claim Amount** | **Date Filed** | **Claim Number** |
|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | $442.82 | 1/19/22 | 13 |

**Wherefore, the Chapter 13 Trustee prays for an Order:**

Disallowing claim #13 for JEFFERSON CAPITAL SYSTEMS LLC in the amount of $442.82.

Dated: June 9, 2022                                                 Respectfully submitted,

/s/ Karen Perse
Karen Perse, #17886
Attorney for Douglas B. Kiel, Chapter 13 Trustee
7100 E BELLEVIEW AVE, SUITE 300
GREENWOOD VILLAGE, CO 80111
(720)398-4444